A. Paul Weissenstein, Jr.

# Weissenstein Law Firm, LLC
*Attorney at Law*
106 Broad Street
Post Office Box 2446
Sumter, South Carolina  29151-2446
Telephone:  (803) 418-5700
Facsimile:  (803) 934-1505
E-Mail: pwlaw@ftc-i.net



May 30, 2014

The Honorable Joseph F. Anderson, Jr.
Matthew J. Perry, Jr.
US Courthouse
901 Richland St.
Columbia, SC 29201

        RE:     Charles Smith et al vs Sumter School District
                  Case Number: 3:13-cv-00882-JFA

Dear Judge Anderson,

     This confirms my conversation with Mary Floyd where I advised her that Mr. Smith has reached a settlement with Sumter School District.  We request that you enter a Rubin Order.

     Ms. Ballard has paid to Mr. Smith the $1,200.00 that you ordered at the hearing this week.

     The Defendant had filed a Motion for Summary Judgment, and our response was due today.  We have it ready, but because the case has been settled, we will not file same unless you request us to do so.

     If you need anything further, please let us know.

                                                Yours very truly,

                                                s/
APWjr/jab                                        A. Paul Weissenstein, Jr.

Cc:    Dwayne Mazyck